UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVENPORT,<br><br>        Plaintiff,<br><br>    v.<br><br>SGT. GOMEZ, et al.,<br><br>        Defendants. | No. 2:16-cv-1739 KJN P<br><br><br><u>ORDER</u> |

Plaintiff, a state prisoner, proceeds pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 18, 2018, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On February 2, 2018, plaintiff submitted the USM-285 forms but failed to file the copies of the amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to return the copy of the amended complaint (ECF No. 13) without exhibits submitted by plaintiff on March 6, 2017; and

////

////

////

////

1

2. Within thirty days, plaintiff shall submit to the court the six copies of the amended complaint required to effect service.  Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

Dated: February 12, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

daven1739.8f