UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BOBBY DAVENPORT,

        Plaintiff,

vs.

SGT. GOMEZ, et al.,

        Defendants.

        /

No. 2:16-cv-1739 JAM KJN P

**AMENDED**

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    James Bobby Davenport, inmate #P-78569, a necessary and material witness in proceedings in this case on September 25, 2018, is confined in Kern Valley State Prison, P.O. Box 5102, Delano, CA 93216, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate on September 25, 2018, at 1:30 p.m., to appear by **videoconference** before the undersigned.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at Kern Valley State Prison.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Kern Valley State Prison, P.O. Box 3130, Delano, CA 93216-6000:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: September 21, 2018

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

/dave1739.841b